# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLEY MONTANTE,<br><br>    Plaintiff,<br><br>    v.<br><br>PETSMART, INC., et al.,<br><br>    Defendants. | CASE NO. 1:16-CV-0303 AWI MJS<br><br>**ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>(Doc. No. 12) |

On September 12, 2016, the parties filed a stipulation for dismissal of this entire case with prejudice under Rule 41(a)(1)(A)(ii).  See Doc. No. 12.

Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval.  See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).

Here, all parties in this case have signed the stipulated dismissal. <u>See</u> Doc. No. 126. Because all parties have signed the stipulated dismissal with prejudice, this case has terminated automatically. <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Yesh Music</u>, 727 F.3d at 362; <u>Commercial Space</u>, 193 F.3d at 1077.

Therefore, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of the parties' properly filed and signed Rule 41(a)(1)(A)(ii) Stipulation Of Dismissal With Prejudice.

IT IS SO ORDERED.

Dated:   September 13, 2016                              _____
                                                          SENIOR  DISTRICT  JUDGE

2